48

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff. vs LEWIS TRUMAN CARTER, Defendant.

NO. 7318

DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on June 8th, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears to be sufficiently lenient in that defendant was convicted of robbery punishable by not less than 1 year imprisonment with no limit, yet he received a sentence of but 10 years with 6 prior felony convictions and will be eligible for parole consideration in February, 1969, after being received June 9, 1967.

DATED this 15th day of January, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. JERRY GALLAGHER, Defendant.

NO. 7359

DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on November 3, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears to be sufficiently lenient in that defendant was convicted of second degree assault (shooting his victim with a pistol) punishable by not less than 1 nor more than 6 years imprisonment or by a fine not exceeding $2000, or both, yet he received a sentence of but 5 years with 1 prior felony conviction and 1 parole violation, and will be eligible for parole consideration in July 1969 after being received September 14, 1968.

DATED this 15th day of January, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.